In re **Sheila Christine Baker**, Case No. **13-19146**
                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx2083 <br><br> **American Express** <br> **Po Box 3001** <br> **16 General Warren Blvd** <br> **Malvern, PA 19355** | - | | **Opened 10/01/06 Last Active 7/09/13** <br> **Credit Card** | | | | 4,352.00 |
| Account No. xxxxxxxxxxxx5137 <br><br> **Bank Of America** <br> **Po Box 982235** <br> **El Paso, TX 79998** | - | | **Opened 11/01/05 Last Active 5/25/13** <br> **Credit Card** | | | | 1,030.00 |
| Account No. xxxxxxx5268 <br><br> **Cap1/neimn** <br> **Po Box 30253** <br> **Salt Lake City, UT 84130** | - | | **Opened 9/01/03 Last Active 2/28/13** <br> **Charge Account** | | | | 140.00 |
| Account No. xxxxxxxxxxxx5307 <br><br> **Capital 1 Bank** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | - | | **Opened 11/01/08 Last Active 5/25/13** <br> **Credit Card** | | | | 1,002.00 |

__2__ continuation sheets attached

Subtotal (Total of this page)     6,524.00

In re **Sheila Christine Baker** , Case No. **13-19146**
                                                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx0140<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | - | Opened 6/01/08 Last Active 3/15/13<br>Credit Card | | | | 1,591.00 |
| Account No. xxxxxxxxxxxx3217<br><br>Chase - Cc<br>Chase Card Svcs/Attn:Bankruptcy Dept<br>Po Box 15298<br>Wilmington, DE 19850 | | - | Opened 3/01/99 Last Active 7/15/13<br>Charge Account | | | | 1,187.00 |
| Account No. 4584<br><br>Citi/ AT&T Universal Card<br>Processing Center<br>Des Moines, IA 50363-0005 | | - | Date Opened: 06/1/2000 Last Used: 01/1/2009<br>Credit Card No rewards. Account closed. Statement doesn't have full account number on it. | | | | 18,561.19 |
| Account No. xxxxxxxxxxxx0372<br><br>Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | | - | Opened 5/01/06 Last Active 4/16/13<br>Credit Card | | | | 3,991.00 |
| Account No.<br><br>Compass Management<br>10028 Main St.<br>Bothell, WA 98011 | | - | Pre-petition HOA Dues | | | | 1,372.00 |

Sheet no. **1** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **26,702.19**

In re  **Sheila Christine Baker**  ,   Case No.  **13-19146**
           Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxx5148<br><br>**Dell Financial Services**<br>**Dell Financial Services Attn:**<br>**Bankrupcty**<br>**Po Box 81577**<br>**Austin, TX 78708** | - | | Opened 5/01/07 Last Active 5/25/13<br>Charge Account | | | | 2,588.00 |
| Account No. xxxxxxxx9920<br><br>**Dsnb Macys**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | - | | Opened 10/01/05 Last Active 3/01/13<br>Charge Account | | | | 50.00 |
| Account No. xxxxxxxxxxxx5268<br><br>**Neiman Marcus**<br>**P.O. Box 5235**<br>**Carol Stream, IL 60197-5235** | - | | Date Opened: 05/1/2002 Last Used: 02/12/2013<br>Store Card No rewards | | | | 50.07 |
| Account No. xxxxxxxxxxxx4584<br><br>**Unvl/citi**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | - | | Opened 10/01/00 Last Active 8/16/12<br>Credit Card | | | | 18,650.00 |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **21,338.07**

Total (Report on Summary of Schedules)  **54,564.26**